# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1705
LT Case No. 2019-CA-000373

_____

LISA BACK and DAVID BACK,

      Appellants,

      v.

CHARLES IORIO, HILLARY IORIO,
DEVIN BACK, CHRISTYN BACK,
and MCKALLAH BACK,

      Appellees.

_____


On appeal from the Circuit Court for Nassau County.
Eric C. Roberson, Judge.

Adam H. Sudbury, of Apellie Legal, Orlando, for Appellants, Lisa
Back and David Back, and Appellees, Devin Back and McKallah
Back Blanton.

Michael J. Korn, of Korn & Zehmer, P.A., Jacksonville, for
Appellees, Charles Iorio and Hillary Iorio.

No Appearance for Remaining Appellee.

June 4, 2024

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––